357 P.2d 338

**John Lawrence LEWIS, Petitioner,**

**v.**

**DISTRICT COURT, FIRST JUDICIAL DISTRICT, Hon. Samuel Z. Montoya, District Judge, Santa Fe County, New Mexico, Respondent.**

**No. 6750.**

Supreme Court of New Mexico.

Dec. 15, 1960.

COMPTON, Chief Justice, and CARMODY, MOISE, CHAVEZ and NOBLE, Justices, concurring.

· Ordered that the petition for writ of mandamus filed in this cause be and the same is hereby denied.

357 P.2d 338

**S. E. REYNOLDS, State Engineer, Appellant,**

**v.**

**Fred L. PETTET, Appellee.**

**No. 6765.**

Supreme Court of New Mexico.

Dec. 15, 1960.

Ordered that appellee's motion to docket the appeal and affirm the judgment of the District Court of Chaves County be and the same is hereby denied, and the Clerk is directed to issue mandate forthwith.